JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

Gray Land & Livestock, LLC

Debtors.

Case No. 19-00467-FPC11

UNITED STATES TRUSTEE'S NOTICE OF AND MOTION TO DISMISS OR CONVERT

PLEASE TAKE NOTICE that the United States Trustee moves the court for an order dismissing this case or converting it to a case under Chapter 7. The United States Trustee does so pursuant to §1112(b) of the Bankruptcy Code for the following reason(s):

1. The Debtor is delinquent in filing his August through November 2019 monthly operating reports.

2. The Debtor has not paid the fees due the United States Trustee for the second or third quarters of 2019.

3. This case has been pending for 10+ months, but the Debtor has not filed a proposed plan and disclosure statement.

The United States Trustee further requests that if conversion to Chapter 7 is ordered, that the order to convert contain the following language:

   It is further ordered that the debtor pay to the United States Trustee
   all fees payable under 28 U.S.C. § 1930(a)(6).

For all of the foregoing reasons, the United States Trustee asks the Court to enter an

United States Trustee's Motion to Dismiss or Convert - 1

order either dismissing this case or converting it to one under Chapter 7 of the Bankruptcy Code.

UNLESS YOU FILE an objection with the Clerk of the above-entitled court either (1) by CM/ECF for electronic filers, or (2) in writing at 420 E. Yakima Avenue, Suite 200, Yakima, WA 98901 or 904 West Riverside Avenue, Room 304, Spokane, Washington 99201 for all other filers, and serve a copy on the undersigned, and on the trustee, within 24 days of the date of this notice, an order may be entered without further notice to you.

Dated: January 8, 2020

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee

*/s/ James D. Perkins*
JAMES D. PERKINS
Attorney for the United States Trustee

United States Trustee's Motion to Dismiss or Convert - 2